**MCGUIREWOODS LLP**
Anthony Q. Le (SBN #300660)
ale@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
Telephone: 415.844.1975
Facsimile: 415.844.1918

Attorneys for Defendant
Santander Consumer USA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>MUSHEER A. KAKISH, ET AL.,<br><br>    Defendant. | Case No.: 1:17-cv-00374-LJO-JLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:     March 14, 2017<br><br>Honorable Lawrence J. O'Neil<br>Honorable Jennifer L. Thurston |

This stipulation is made by and between Plaintiff Justin Garcia ("Plaintiff") and Defendant Santander Consumer USA Inc. ("Defendant") (collectively "the Parties"), by and through their counsel of record and in light of the following facts:

**RECITALS**

1. WHEREAS, Plaintiff filed the Complaint on March 14, 2017;
2. WHEREAS, Defendant Santander Consumer USA Inc. was served on March 20, 2017;
3. WHEREAS, Defendant Santander Consumer USA Inc. requests additional time to file its responsive pleading to Plaintiff's Complaint so that the Parties can continue settlement discussions;
4. WHEREAS, the Parties stipulate to extend Defendant's deadline to file its responsive

| | |
|---|---|
| 1 | pleading to Plaintiff's Complaint through April 21, 2017; |
| 2 | 5. WHEREAS, this stipulation waives no rights of either Party; |
| 3 | 6. WHEREAS, this change in deadline will not alter the date of any event or any deadline |
| 4 | already fixed by Court order, local rules, or the Federal Rules of Civil Procedure. |

**STIPULATION**

**IT IS HEREBY STIPULATED THAT:**

1. The deadline for Defendant Santander Consumer USA Inc. to file its responsive pleading to Plaintiff's Complaint is extended through April 21, 2017.
2. This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

DATED: April 12, 2017        Respectfully submitted,

**TRUEBLOOD LAW FIRM**

By:   */s/ Alexander Trueblood (as authorized on 04/12/17)*
        ALEXANDER TRUEBLOOD
        Attorneys for Plaintiff Justin Garcia

DATED: April 12, 2017        Respectfully submitted,

**MCGUIREWOODS LLP**

By:   /s/ *Anthony Q. Le*
        ANTHONY Q. LE
        Attorneys for Santander Consumer USA Inc.

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties and for good cause shown, Defendant Santander Consumer USA Inc. deadline to file its responsive pleading to Plaintiff's Complaint is extended through April 21, 2017.

IT IS SO ORDERED.

Dated: _____          _____
                                         Judge of the Federal District Court