1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 | JUSTIN GARCIA,                          | Case No.: 1:17-cv-00374-LJO-JLT

12 |          Plaintiff,                     | **ORDER EXTENDING DEFENDANT'S TIME TO ANSWER PLAINTIFF'S COMPLAINT**

13 |     vs.

14 | MUSHEER A. KAKISH, ET AL.,              | (Doc. 6)

15 |          Defendant.

16

17      Counsel have filed a stipulation[1] to extend the deadline by which the defendant will file a

18 responsive pleading. (Doc. 6) They report they need additional time to discuss resolution of the

19 matter. Id. Therefore, good cause appearing, the Court **GRANTS** the stipulation. Respondents

20 SHALL file their responsive pleading no later than April 21, 2017.

21      **Absolutely no further extensions of time will be granted.**

22

23 IT IS SO ORDERED.

24   Dated:  **April 12, 2017**                    **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27
_____

28 [1] Notably, no order was required given the amount of time requested for the extension of time does not exceed 28 days. L.R. 144(a). However, in light of the fact that counsel lodged a proposed order, the Court addresses the stipulation here.