MCGUIREWOODS LLP
Anthony Q. Le (SBN #300660)
ale@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
Telephone: 415.844.1975
Facsimile: 415.844.1918

Attorneys for Defendant
Santander Consumer USA Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GARCIA and ANDREW GARCIA, <br><br> Plaintiffs, <br><br> vs. <br><br> MUSHEER A. KAKISH, ET AL., <br><br> Defendant. | Case No.: 1:17-cv-00374-LJO-JLT <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER PLAINTIFFS FIRST AMENDED COMPLAINT** <br><br> (Doc. 16) |

This stipulation is made by and between Plaintiffs Justin Garcia and Andrew Garcia ("Plaintiffs") and Defendant Santander Consumer USA Inc. ("Defendant") (collectively "the Parties"), by and through their counsel of record and in light of the following facts:

**RECITALS**

1. WHEREAS, Plaintiff filed the First Amended Complaint on April 29, 2017;

2. WHEREAS, Defendant Santander Consumer USA Inc. requests additional time to file its responsive pleading to Plaintiff's First Amended Complaint so that the Parties can continue settlement discussions;

3. WHEREAS, the Parties stipulate to extend Defendant's deadline to file its responsive pleading to Plaintiff's Complaint through May 22, 2017;

-1-

4. WHEREAS, this stipulation waives no rights of either Party;

5. WHEREAS, this change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

## **STIPULATION**

**IT IS HEREBY STIPULATED THAT:**

1. The deadline for Defendant Santander Consumer USA Inc. to file its responsive pleading to Plaintiff's First Amended Complaint is extended through May 22, 2017.

2. This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

DATED: May 12, 2017                    Respectfully submitted,

**TRUEBLOOD LAW FIRM**


By:   */e/ Alexander Trueblood*
      ALEXANDER TRUEBLOOD
      Attorneys for Plaintiff Justin Garcia


DATED: May 12, 2017                    Respectfully submitted,

**MCGUIREWOODS LLP**


By:   *Anthony Q. Le*
      ANTHONY Q. LE
      Attorneys for Santander Consumer USA Inc.

## [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, Santander Consumer USA Inc. SHALL file its responsive pleading to the first amended complaint no later than May 22, 2017.

IT IS SO ORDERED.

Dated: __**May 12, 2017**__       __**/s/ Jennifer L. Thurston**__
                                  UNITED STATES MAGISTRATE JUDGE