# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>MUSHEER A. KAKISH, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-00374 LJO JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

Recently, the Court ordered the plaintiff to show cause why sanctions should not be imposed for his failure to serve the summons and complaint on defendants Kakish and Church and to prosecute this action. (Doc. 15) The plaintiff responded and demonstrated that his diligent attempts to affect service have been thwarted by these defendants. (Doc. 18) The plaintiff is continuing these attempts. Id. at 3, 4. Therefore, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

   Dated:   **May 19, 2017**                    **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE