# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GARCIA, et al., | ) Case No.: 1:17-cv-00374 - LJO-JLT |
| Plaintiffs, | ) <br> ) ORDER DISCHARGING ORDER TO SHOW <br> ) CAUSE |
| v. | ) |
| MUSHEER A. KAKISH, et al., | ) <br> ) |
| Defendants. | ) <br> ) |

The parties have responded to the Court's order (Doc. 41) and explained the current posture of the case (Doc. 42). Thus, the Court **ORDERS**:

1. **No later than May 3, 2019 or within 10 days** of the arbitrator issuing the determination or the matter resolving otherwise, whichever is earlier, counsel **SHALL** file a joint report detailing the status of the matter;

2. The parties are relieved of the obligation to report every 120 days.

IT IS SO ORDERED.

Dated: **November 8, 2018**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE