**MCGUIREWOODS LLP**
Benjamin J. Sitter
bsitter@mcguirewoods.com
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
Telephone: 412-667-7904
Facsimile: 412-667-7991

Attorneys for Defendant
Santander Consumer USA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JUSTIN GARCIA, and ANDREW GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>MUSHEER A. KAKISH, KEITH JERED CHURCH, SANTANDER CONSUMER USA INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 1:17-CV-00374-LJO-JLT<br><br>**JOINT STATUS REPORT** |

The Parties submit this joint status report as ordered by the District Judge. *See* ECF Nos. 42.

This matter was resolved at mediation on January 25, 2019. Plaintiffs are to file a Stipulation of Dismissal with Prejudice as to all Defendants within fifteen (15) days of February 12, 2019. The Parties agree that Plaintiffs will file the Stipulation of Dismissal by February 27, 2019, thereby resolving this case.

Dated: February 20, 2019

Respectfully Submitted,
TRUEBLOOD LAW FIRM

By: _____/s/_____
Alexander B. Trueblood

Attorneys for Plaintiffs
JUSTIN AND ANDREW GARCIA

Dated: February 20, 2019

Respectfully Submitted,
MCGUIREWOODS LLP

By: _____/s/_____
Benjamin J. Sitter

Attorneys for Defendant
SANTANDER CONSUMER USA INC.