1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11  JUSTIN GARCIA, et al.,                    )   Case No.: 1:17-cv-00374 - LJO-JLT
                                              )
12              Plaintiffs,                   )   ORDER AFTER NOTICE OF SETTLEMENT
                                              )
13      v.                                    )
                                              )
14  MUSHEER A. KAKISH, et al.,                )
                                              )
15              Defendants.                   )
                                              )
16  ───────────────────────────────────

17          The parties report they have settled the matter and anticipate the stipulated dismissal by

18  February 27, 2019. (Doc. 44) However, that date has come and gone.  Thus, the Court **ORDERS**:

19          1.      The stipulation to dismiss the action **SHALL** be filed **no later than March 8, 2019**;

20          2.      All pending dates, conferences and hearings are **VACATED**.

21  **The parties are advised that failure to comply with this order may result in the Court imposing**

22  **sanctions, including the dismissal of the action.**

23

24  IT IS SO ORDERED.

25      Dated:   **February 28, 2019**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE
26

27

28