ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone:  (310) 443-4139
Facsimile:  (310) 943-2255

Attorneys for Plaintiffs
JUSTIN AND ANDREW GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JUSTIN GARCIA, and ANDREW GARCIA,<br><br>            Plaintiffs,<br><br>    vs.<br><br>MUSHEER A. KAKISH, KEITH JERED CHURCH, SANTANDER CONSUMER USA INC., and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No:  1:17-CV-00374-LJO-JLT<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE** |

The matter having settled, the parties to this action hereby stipulate to dismiss the entire action with prejudice, pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SO AGREED.

Dated:  March 3, 2019        TRUEBLOOD LAW FIRM

*/s/ Alexander B. Trueblood*
Alexander B. Trueblood
Attorneys for Plaintiffs
JUSTIN and ANDREW GARCIA

Dated:  March 3, 2019        MCGUIREWOODS LLP

*/s/ Benjamin Sitter*
Benjamin Sitter
Attorneys for Defendant
SANTANDER CONSUMER USA INC.