# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GARCIA and ANDREW GARCIA, | Case No.: 1:17-cv-0374-LJO- JLT |
| Plaintiffs, | ORDER DIRECTING THE CLERK TO CLOSE THE ACTION |
| v. | |
| MUSHEER A. KAKISH, et al., | (Doc. 46) |
| Defendants. | |

On March 4, 2019, the parties filed a "Request for Dismissal with Prejudice," indicating the all parties agreed to "dismiss the entire action with prejudice." (Doc. 46 at 2) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii).

Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **March 5, 2019**            **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE